UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, *et al*.,<br><br>       Plaintiffs/Petitioners,<br><br>    v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al*.,<br><br>       Defendants/Real Parties in Interest.<br><br>THOMAS HOWARD, in his official capacity as the Executive Director of the CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, *et al*.<br><br>       Defendants/Real Parties in Interest/Respondents,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, a state agency,<br><br>       Defendant/Real Party in Interest. | Case No. 1:15-cv-00912-LJO-BAM<br><br>**ORDER GRANTING SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT'S MOTION TO INTERVENE (Doc. 9)** |

Before the Court for decision is the unopposed motion to intervene filed by San Luis & Delta-Mendota Water Authority and Westlands Water District ("Applicants"). Doc. 9. Having considered the papers and evidence submitted by the parties, the Court finds the requirements for intervention pursuant to Federal Rule of Civil Procedure 24(a) are met. Conditioned upon Applicants strictly limiting their participation solely to issues about which they can provide <u>non-repetitive</u>, unique information and/or arguments, the motion is GRANTED, and it is ORDERED that Applicants are granted leave to intervene as Defendants in this action.

**IT IS SO ORDERED**
**Dated: July 23, 2015**

                                     /s/ Lawrence J. O'Neill
                                     **United States District Judge**