**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, *et al*., | Case No. 1:15-cv-00912-LJO-BAM |
| Plaintiffs/Petitioners, | **ORDER GRANTING OAKDALE IRRIGATION DISTRICT'S AND SAN JOAQUIN IRRIGATION DISTRICT'S MOTION TO INTERVENE (Doc. 31)** |
| v. | |
| UNITED STATES BUREAU OF RECLAMATION, *et al*., | |
| Defendants/Real Parties in Interest. | |
| THOMAS HOWARD, in his official capacity as the Executive Director of the CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, *et al*. | |
| Defendants/Real Parties in Interest/Respondents, | |
| v. | |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES, a state agency, | |
| Defendant/Real Party in Interest. | |

Before the Court for decision is the unopposed[1] motion to intervene filed by Oakdale Irrigation District and San Joaquin Irrigation District ("Applicants"). Doc. 31. The Court finds the matter suitable for decision on the papers and therefore vacates the hearing on the motion, currently set for August 6, 2015.

Having considered the papers and evidence submitted by the parties, the Court finds the requirements for intervention pursuant to Federal Rule of Civil Procedure 24(a) are met. Conditioned

---

[1] Plaintiffs, Federal Defendants, and the State Water Resources Control Board Defendants filed statements of non-opposition to the motion. Docs. 33, 38 & 41, The Department of Water Resources Defendants failed to do so, but the time for filing any opposition has expired. ,

upon Applicants strictly limiting their participation solely to issues about which they can provide <u>non-repetitive</u>, unique information and/or arguments, the motion is GRANTED, and it is ORDERED that Applicants are granted leave to intervene as Defendants in this action. All Defendants and Defendant Intervenors are instructed to meet and confer before the filing of any briefs in this case in order to avoid duplicative briefing.

IT IS SO ORDERED.

    Dated:   **July 24, 2015**              /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE