Michael R. Lozeau (State Bar No. 142893)
Rebecca L. Davis (State Bar No. 271662)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: Michael@lozeaudrury.com

Andrew L. Packard (State Bar No. 168690)
Megan E. Truxillo (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, CALIFORNIA WATER IMPACT NETWORK, AQUALLIANCE, RESTORE THE DELTA,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES BUREAU OF RECLAMATION;  SALLY JEWELL, in her capacity as the SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants.<br><br>OAKDALE IRRIGATION DISTRICT; SOUTH SAN JOAQUIN IRRIGATION DISTRICT;  SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT,<br><br>Intervenors/Defendants. | Case No. 1:15-CV-0912-LJO-BAM<br><br>**STIPULATION TO  CONTINUE THE RULE 16 SCHEDULING CONFERENCE; ORDER**<br><br>DATE: October 6, 2015<br>TIME: 8:30 a.m.<br>Courtroom: #8 (6th Floor)<br>Judge: Barbara A. McAuliffe |

Plaintiffs CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, CALIFORNIA WATER IMPACT NETWORK, AQUALLIANCE, and RESTORE THE DELTA; Defendants

UNITED STATES BUREAU OF RECLAMATION and SALLY JEWELL, in her capacity as the SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; and Intervenors/Defendants OAKDALE IRRIGATION DISTRICT, SOUTH SAN JOAQUIN IRRIGATION DISTRICT, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, and WESTLANDS WATER DISTRICT stipulate as follows:

WHEREAS the Rule 16 Scheduling Conference is currently scheduled for October 6, 2015, at 8:30 a.m.;

WHEREAS the Joint Scheduling Report is currently due Tuesday, September 28, 2015, one week prior to the Scheduling Conference;

WHEREAS the motion to dismiss filed by U.S. Bureau of Reclamation and Sally Jewell in her capacity as the Secretary of the U.S. Department of the Interior was taken under submission without hearing on September 14, 2015 and is currently pending;

WHEREAS the parties believe it would be more efficient, potentially conserve resources, and improve productivity of discussions regarding the topics in Rule 16 and Local Rule 240 after the pending motion to dismiss was decided;

NOW, THEREFORE, the parties jointly and respectfully request that the Court issue an order continue the Joint Status Conference until 30 days after the Court issues its order on the pending motion to dismiss. The Parties further stipulate to file a Joint Status Report 7 days prior to the status conference.

**IT IS SO STIPULATED.**

DATED: September 29, 2015          **LAW OFFICES OF ANDREW L. PACKARD**

By:   /s/ Andrew L. Packard_____
ANDREW L. PACKARD
Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,
CALIFORNIA WATER IMPACT NETWORK,
AQUALLIANCE and RESTORE THE DELTA

///

///

DATED: September 29, 2015

**O'LAUGHLIN & PARIS LLP**

By: <u>Valerie C. Kincaid</u>   (as authorized on 9/29/2015)
VALERIE C. KINCAID*
Attorneys for Intervenor/Defendant
OAKDALE IRRIGATION DISTRICT,
a public agency;

DATED: September 29, 2015

**MASON, ROBBINS, BROWNING & GODWIN LLP**

By: <u>Steve Emrick</u>   (as authorized on 9/29/2015)
STEVE EMRICK*
Attorneys for Intervenor/Defendant
SOUTH SAN JOAQUIN IRRIGATION
DISTRICT, a public agency.

Dated: September 29, 2015

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**

By: <u>Daniel J. O'Hanlon</u>   (as authorized on 9/28/2015)
DANIEL J. O'HANLON*
Attorneys for Defendant-Intervenors, San Luis & Delta-Mendota Water Authority and Westlands Water District

### ORDER

In light of the Parties' stipulation, the Court hereby continues the October 6, 2015 Scheduling Conference to **December 9, 2015 at 8:30am** in Courtroom 8 (BAM) before Judge McAuliffe. Parties shall file their Joint Statement 7 days prior to the date of the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **September 30, 2015**              /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE