UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA SPORTFISHING PROTECTION ALLIANCE**, *et al.*,<br><br>　　　　　**Plaintiffs,**<br><br>　　　　　v.<br><br>**UNITED STATES BUREAU OF RECLAMATION**, *et al.*,<br><br>　　　　　**Defendants.** | 1:15-cv-00912 LJO BAM<br><br>**ORDER TO DISMISS CLAIMS AND CLOSE CASE.** |

　　　On October 20, 2015, this Court issued a Memorandum Decision and Order granting Federal Defendants' motion to dismiss the remaining claims in this case for lack of subject matter jurisdiction. Doc. 60. Plaintiffs were given an opportunity to to file a supplemental brief demonstrating why leave to amend should be permitted. *Id*. at 22. Instead of doing so, Plaintiffs elected not to seek leave to file an amended complaint. Doc. 61. Accordingly,

　　　　(1) Federal Defendants' motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED WITHOUT LEAVE TO AMEND; and

　　　　(2) The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

　　Dated:　**November 10, 2015**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1